Company para terminar la fianza notarial No. 1387 prestada a favor del citado notario, de acuerdo con la Ley No. 50 de marzo 7, 1912. Resuelto por el Sr. Presidente en enero 22, 1913. Se da por terminada la fianza dentro del término de sesenta días.

———

No. 519. EL PUEBLO v. RODRÍGUEZ.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en enero 22, 1913. Confirmada la sentencia apelada de octubre 17, 1912. Abogado del Pueblo: Sr. Charles E. Foote, Fiscal. La parte apelante no compareció.

———

No. 522. EL PUEBLO v. FARIA.—Apelación procedente de la Corte de Distrito de Arecibo. Resuelto en enero 22, 1913. Confirmada la sentencia apelada de noviembre 14, 1912. Abogado del Pueblo: Sr. Charles E. Foote, Fiscal. La parte apelante no compareció.

———

No. 526. EL PUEBLO v. TEXIDOR.—Apelación procedente de la Corte de Distrito de Guayama. Resuelto en enero 22, 1913. Confirmada la sentencia apelada de septiembre 20, 1912. Abogado del Pueblo: Sr. Charles E. Foote, Fiscal. La parte apelante no compareció.

———

No. 518. EL PUEBLO v. QUIÑONES.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en enero 22, 1913. Confirmada la sentencia apelada de octubre 14, 1912. Abogado del Pueblo: Sr. Charles E. Foote, Fiscal. La parte apelante no compareció.